July 28, 2004

RICHARD OWEN

JUDGE

Judge Mary M. Lisi, Chair
Committee on Financial Disclosure
United States Courts
One Columbus Circle, NE
Washington, DC 20544

Re: Calendar Year 2003 Filing

Dear Judge Lisi,

I am responding to your letter of July 23, 2004 with the information that you required to amend my 2003 filing, along with three copies as requested.

1) In Block 3, 5/12/04 should be entered.

2) In Block 6, 1/1/03-12/31/03 should be entered.

3) In Block 7, United States Courthouse, 40 Centre Street, New York, NY 10007 should be entered.

4) Parts IV, V, VI, "NONE" boxes should be checked.

7) Part VII, page 3, lines 1-4, and 8, no income was received, and the word "NONE" should appear in Column B(2) under Type.
Part VII, page 3, line 9, the letter "A" should appear in Column B(2) and "DIV" should appear in Column B(2) under Type.
Part VII, page 4, line 2, the letter "A" should appear in Column B(2) and "DIV" should appear in Column B(2) under type.
Part VII, page 5, lines 1, 2, 4, and 7, no income was received, and the word "NONE" should appear in Column B(2) under Type.
Part VII, page 5, lines 8, 15, 16, 17, the letter "A" should appear in Column B(2) and "DIV" should appear in Column B(2) under Type.
Part VII, page 6, line 12, the letter "A" should appear in Column B(2) and "DIV" should appear in Column B(2) under Type.
Part VII, page 3, line 12, "Partial Sell" should appear in Column D(1).

Sincerely,



Richard Owen
U.S. District Judge

Enclosures

| AO-10 (WP) Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2003 | Report Required by the Ethics in Government Act of 1978. (5 U.S.C. App. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial) OWEN, Richard | 2. Court or Organization U.S. District Court for the Southern District of New York | 3. Date of Report 1/1/03–12/31/03 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior-Full Time U.S. District Judge | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial  _x_ Annual  ___ Final | 6. Reporting Period |
| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1  Trustee | Manhattan School of Music |
| 2  President and Board Member | New York Lyric Opera Co. |
| 3 | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

RECEIVED MAY 17 10 20 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

☐ NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| 1 | | |
| 2  Richard Owen | Music Royalties-Amer.Society of Composers, Authors and Publishers (ASCAP) | $ 250.00 |
| 3  Wife | ~~Opera and concert singer; Faculty Member-Manhattan School~~ of Music; Assist.Professor-Barnard College-in voice | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE (No reportable non-investment income.)

| 1 | |
| 2 | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| OWEN, RICHARD | 1/1/03–12/31/03 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code (A-H) | B. (2) Type (Div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Codes (Q-W) | D. Transactions during reporting period (1) Type (buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 SOUTHERN | A | DIV | J | T | | | | | |
| 2 INTERPUBLIC | A | DIV | J | T | | | | | |
| 3 PENNWEST PET | B | DIV | J | T | | | | | |
| 4 BENCH GROUP INC | A | DIV | J | T | | | | | |
| 5 UNICOM | A | DIV | J | T | | | | | |
| 6 SBC COMMUNICATIONS | A | DIV | J | T | | | | | |
| 7 UNITED TECHNOLOGIES | A | DIV | J | T | | | | | |
| 8 AT&T | A | DIV | . | . | SOLD S-7 | S-19 | J | A | |
| 9 AT&T | | | | | SOLD | S-18 | J | A | |
| 10 AMERICAN ELEC POWER | B | DIV | K | T | | | | | |
| 11 AMERITECH | A | DIV | J | T | | | | — — | |
| 12 BELL SOUTH | A | DIV | J | T | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | — |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| OWEN RICHARD | 1/1/03–12/31/03 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. Div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 GLOBAL CROSSING LTD | | | A | T | | | | | |
| 2 AGERE SYSTEMS CL A | | | A | T | | | | | |
| 3 AGERE SYSTEMS CL B | | | A | T | | | | | |
| 4 AMERICAN GREETINGS CL A | | | J | T | | | | | |
| 5 HJ HEINZ | A | DIV | J | T | BUY | 5-1 | J | | |
| 6 HOME DEPOT | A | DIV | J | T | | | | | |
| 7 200° INTEL CORP | A | DIV | J | T | | | | | |
| 8 LUCENT TECH | | | J | T | | | | | |
| 9 KIMBERLY CLARK | | | J | T | BUY | 1-22 | J | | |
| 10 MOTOROLA | A | DIV | J | T | | | | | |
| 11 NORTHROP GRUMMAN | A | DIV | J | T | | | | | |
| 12 PROCTOR GAMBLE | A | DIV | J | T | SELL | 5-1 | J | A | |
| 13 SMUCKER JM | A | DIV | J | T | | | | | |
| 14 TEMPLETON DRAGON FD | A | DIV | J | T | | | | | |
| 15 NUVEEN NY DIV ADV MUN FD | A | DIV | J | T | | | | | |
| 16 BANK AMERICA 6-15-04 | C | INT | K | T | | | | | |
| 17 CITICORP 5-1-05 | C | INT | K | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(See Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000
2. Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000
(See Col. C1, D3) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market
(See Col. C2) U=Book value V=Other W=Estimated

# FINANCIAL DISCLOSURE REPORT

| | | |
|---|---|---|
| Name of Person Reporting | | Date of Report |
| OWEN RICHARD | | 1/1/03–12/31/03 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 JPMORGAN CHASE 1-15-06 | C | INT | K | T | | | | | |
| 2 CATS PRW - SER M 5-15-04 | | | K | J | | | | | |
| 3 FED HM LN BK CONS 10-8-08 | A | INT | J | T | | | | | |
| 4 FED HM LN BK CONS 11-8-09 | B | INT | K | T | | | | | |
| 5 NY ST THRUWAY AUTH 4-1-10 | A | INT | K | T | | | | | |
| 6 NYC MUN WTR FIN 6-15-12 | B | INT | K | T | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,601-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col C2)  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| OWEN, RICHARD (LYNN OWEN) | 1/1/03-12/31/03 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 AGERE SYSTEMS CL A | | | J | T | | | | | |
| 2 AGERE SYSTEMS CL B | | | J | J | | | | | |
| 3 AMERICAN EXPRESS | A | DIV | J | T | | | | | |
| 4 AMERICAN GREETINGS CL A | | | J | T | | | | | |
| 5 HOME DEPOT | A | DIV | J | T | | | | | |
| 6 INTEL | A | DIV | J | T | | | | | |
| 7 LUCENT TECH | | | J | T | | | | | |
| 8 MOTOROLA | | | J | T | | | | | |
| 9 PROCTOR & GAMBLE | A | DIV | K | T | | | | | |
| 10 SMUCKER JM CO | A | DIV | J | T | | | | | |
| 11 TEMPLETON DRAGON FD | A | DIV | J | T | | | | — | |
| 12 NUVEEN NY DIV ADV MUN FD | A | DIV | J | T | | | | | |
| 13 UTS EMPIRE ST MUNI TAX EXEMPT TR GDSER 107 | A | INT | K | T | RET OF PRW | 6-2 | J | A | |
| 14 CIT GROUP 11-30-07 | A | INT | J | T | BUY | 3-5 | J | | |
| 15 CATS SER M 1-15-03 | | | | | RED | 11-15 | J | A | |
| 16 UTS EMPIRE ST MUNI TAX EXEMP TR GDSER 107 | | | | | RET OF PRW | 12-1 | J | A | |
| 17 STPIRS TWTS US TREAS 8-15-08 | | | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less     B=$1,001-$2,500     C=$2,501-$5,000     D=$5,001-$15,000     E=$15,001-$50,000
(See Col. B1, D4)     F=$50,001-$100,000     G=$100,001-$1,000,000     H1=$1,000,001-$5,000,000     H2=More than $5,000,000

2. Value Codes:     J=$15,000 or less     K=$15,001-$50,000     L=$50,001-$100,000     M=$100,001-$250,000
(See Col. C1, D3)     N=$250,001-$500,000     O=$500,001-$1,000,000     P1=$1,000,001-$5,000,000     P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000     P4=More than $50,000,000

3. Value Method Codes:     Q=Appraisal     R=Cost (real estate only)     S=Assessment     T=Cash/Market
(See Col. C2)     U=Book value     V=Other     W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| OWEN, RICHARD (LYNN OWEN) | 1/1/03-12/31/03 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Codes (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy/sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 FD AM LN BK CONS 10-8-08 | A | INT | J | J | | | | | |
| 2 FD HM LN BK CONS 3-14-8 | A | INT | | | FULL CALL | 3-4 | J | A | |
| 3 MUNI YIELD NY INSD FD | A | DIV | | | SOLD | 4-17 | K | A | |
| 4 S. HUNTINGTON NY 5-15-11 | A | INT | J | T | BUY | 5-06 | J | | |
| 5 NY ST TWY AUTH 4-1-12 | A | INT | J | T | | | | | |
| 6 RYE BROOK NY 4-15-13 | A | INT | J | T | BUY | 4-22 | J | | |
| 7 SUFFOLK CO NY 12-1-14 | A | INT | J | T | BUY | 12-4 | J | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 IRA A/C | | | | | | | | | --- |
| 12 TKGR SER 15 2-15-06 | | | | | SOLD | 12-9 | J | A | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000
Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____   Date _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544